UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TREVOR BRIAN PERRY

CASE NO.  3:24-cr-92 - TJC-MCR

18 U.S.C. § 922(a)(6)

## INFORMATION

The United States Attorney charges:

## COUNT ONE
**(False Statement to a Federally Licensed Firearms Dealer)**

On or about August 29, 2022, in the Middle District of Florida, the defendant,

TREVOR BRIAN PERRY,

in connection with the acquisition of a firearm, specifically a Romarm/Cugir, model Micro Draco semi-automatic pistol serial number 22PMD-32737, from a federally licensed firearms dealer, namely Bennett's Feed Farm & Pet Center, did knowingly make a false and fictious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm to the defendant under Title 18, Chapter 44, United States Code, in that the defendant falsely represented in writing on a Firearms Transaction Record (known as ATF-form 4473) that he was the actual transferee/buyer of the firearm when, at the time of the sale, the defendant was purchasing the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**FORFEITURE**

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3.     If any of the property described above, as a result of any act or omission of the defendant:

       a.     cannot be located upon the exercise of due diligence;

       b.     has been transferred or sold to, or deposited with, a third party;

       c.     has been placed beyond the jurisdiction of the court;

       d.     has been substantially diminished in value; or

       e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By:    RACHEL LASRY
Assistant United States Attorney

By:    LAURA COFER TAYLOR
Assistant United States Attorney

By:    FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division